```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

POINT SERVICE CORPORATION,

       Plaintiff,

v.                                     MISCELLANEOUS NO. 3:09-0145
                                       (U.S. Bankruptcy Nos.
PRITCHARD MINING COMPANY, INC.,        3:09-ap-03006; 3:09-bk-30018)

       Defendant.

-----------------------------------------------------------------------------

PRITCHARD MINING COMPANY, INC.,

       Plaintiff,

v.                                     CIVIL ACTION NO. 2:09-0769

DOUG BROWN, an individual,
POINT SERVICE CORPORATION, a
West Virginia corporation, and
POINT SERVICE COAL SALES, INC.,
a West Virginia corporation,

       Defendants,

DOUG BROWN, an individual,
POINT SERVICE CORPORATION, a
West Virginia corporation, and
POINT SERVICE COAL SALES, INC.,
a West Virginia corporation,

       Third-Party Plaintiffs,

v.

LAW RIVER COMPANY, INC., a
West Virginia limited liability company,
EURO-AMERICAN COAL TRADING, INC.,
a New York corporation, and
THEODORE SOHNEN,

       Third-Party Defendants.

-----------------------------------------------------------------------------

**POINT SERVICE CORPORATION,**

      Appellant,

v.                                    CIVIL ACTION NO. 3:10-0373
                                      (U.S. Bankruptcy Court Nos.
**PRITCHARD MINING COMPANY, INC.,**   3:09-ap-03006; 3:09-bk-30018)

      Appellee.


### MEMORANDUM OPINION AND ORDER

     On March 31, 2010, the court affirmed the August 31, 2009, amended order of the bankruptcy court in Civil Action No. 3:10-0373; denied Point Service's Motion to Withdraw Reference and Consolidate Adversary Proceeding in Miscellaneous Case 3:09-0145; and granted in part Pritchard's Motion to Dismiss, or in the Alternative, Motion to Abstain or Remand in Civil Action No. 2:09-0769.  Pursuant to the court's March 31 Memorandum Opinion and Order, the Clerk is **DIRECTED** to remove these actions from the court's active docket.

     It is **SO ORDERED** this 17th day of May, 2010.

                                               ENTER:

                                               _/s/ David A. Faber_
                                               David A. Faber
                                               Senior United States District Judge